AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

UNITED STATES OF AMERICA
v.

ELEZAR EDWARD JOHNSON

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 6:22CR60014-001
USM No. 99979-509

Jessica Yarbrough
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violations One through Seven of the term of supervision.

☐ was found in violation of condition(s) count(s) ____________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Mandatory Condition #3: Use of a Controlled Substance | July 28, 2025 |
| Two | Special Condition #2: Failed to Participate in Treatment | October 3, 2025 |
| Three | Mandatory Condition #1: New Law Violation | October 3, 2025 |
| Four | Mandatory Condition #2: Possession of a Controlled Substance | June 20, 2025 |
| Five | Criminal Monetary Payment: Failed to Pay Special Assessment | July 15, 2026 |
| Six | Mandatory Condition #1: New Law Violation | October 8, 2025 |
| Seven | Mandatory Condition #2: Possession of a Controlled Substance | October 8, 2025 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) ____________ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 9839

Defendant's Year of Birth: 1973

City and State of Defendant's Residence:
Mineral Springs, Arkansas

August 20, 2026
Date of Imposition of Judgment

/s/Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, Senior U.S. District Judge
Name and Title of Judge

August 20, 2026
Date

DEFENDANT: ELEZAR EDWARD JOHNSON
CASE NUMBER: 6:22CR60014-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

Twenty-four (24) months imprisonment with credit for time served, which shall be served consecutively to the term of imprisonment imposed in Howard County, Arkansas, Circuit Court, No. 31CR-25-97 and 31CR-25-94. There will be no term of supervised release to follow.

☒ The court makes the following recommendations to the Bureau of Prisons:

The defendant to be allowed to participate in mental health and substance abuse treatment.
The defendant to be housed at FMC Forth Worth.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ______________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ______________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

______________________________________________

Defendant delivered on ______________ to ______________

at ______________ with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL